443 A.2d 383

Commonwealth v. Millner, Appellant.

Submitted December 2, 1981. John M. Glace, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.